273 So.2d 227

**In re Clarence ANTHONY**

v.

**STATE of Alabama.**

**Ex parte Clarence Anthony.**

**SC 197.**

Supreme Court of Alabama.

Feb. 1, 1973.

Jerry L. Cruse, Montgomery, for petitioner.

No brief for the State.

MADDOX, Judge.

Petition of Clarence Anthony for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Anthony v. State, 49 Ala. App. 462, 273 So.2d 222.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and McCALL, JJ., concur.

274 So.2d 637

**In re Glenn H. BALLEW**

v.

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel.**

**ATTORNEY GENERAL.**

**SC 212.**

Supreme Court of Alabama.

March 15, 1973.

William J. Baxley, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ballew v. State, 49 Ala.App. 611, 274 So.2d 636.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.